UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  19-cv-61085-RUIZ

SILVIA SMITH, individually
and on behalf of all others similarly situated,

    Plaintiff,

vs.

ORIGINAL GRAIN, INC, a Delaware Company,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Silvia Smith ("Plaintiff"), in her individual capacity, voluntarily dismisses the Class Action Complaint [D.E. 1] with prejudice, and all claims alleged therein against Defendant, Original Grain, Inc. ("Defendant"), and dismisses all class claims alleged against Defendant without prejudice.  Each party shall be responsible for bearing their own expenses, costs of litigation and attorney's fees.

Dated: May 24, 2019                Respectfully submitted,

                                            */s/ Scott D. Owens*
Scott D. Owens, Esq. (FBN 597651)
Email: scott@scottdowens.com
SCOTT D. OWENS, P.A.
3800 S. Ocean Dr., Suite 235
Hollywood, FL 33019
Telephone: 954-589-0588
Facsimile: 954-337-0666

Seth Lehrman (FBN 132896)
E-mail: seth@epllc.com
EDWARDS POTTINGER LLC
425 N. Andrews Ave., Suite 2
Fort Lauderdale, Florida 33301
Telephone: 954-524-2820
Facsimile: 954-524-2822

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on <u>May 24, 2019.</u> Copy of the foregoing will be transmitted to counsel of record referenced on the attached Service List, via email.

                                              */s/ Scott D. Owens*
                                              Scott D. Owens

## SERVICE LIST

Daniel E. Gardenswartz
E-mail: dgardenswartz@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, CA 92101
Telephone: 619-231-0303

*Attorneys for Defendant*