UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-61085-RAR

SILVIA SMITH,

    Plaintiff,

v.

ORIGINAL GRAIN, INC.,

    Defendant.
_____/

## ORDER DISMISSING CASE

**THIS CAUSE** is before the Court upon the Plaintiff's Notice of Voluntary Dismissal [ECF No. 6], filed on May 24, 2019. On April 30, 2019, Plaintiff filed a Class Action Complaint [ECF No. 1] against the Defendant. To date, the class is not certified nor has the Defendant filed an answer to Plaintiff's Class Action Complaint or a motion for summary judgment. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is **DISMISSED** *with prejudice* only as to the Plaintiff's individual claims against the Defendant.

2. The above-styled action is **DISMISSED** *without prejudice* as to any and all future claims against the Defendant brought by the unnamed members of the alleged class.

3. The Clerk is directed to **CLOSE** this case and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 29th day of May, 2019.

_____
**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record